NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KYDELE E. WELDON,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No.  2D17-2247
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____ )

Opinion filed May 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Howard L. Dimmig, II, Public Defender,
and Maura J. Kiefer, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rachel Kamoutsas,
Assistant Attorney General, Miami,
for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.